1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE CENTRAL DISTRICT OF CALIFORNIA

3    SOUTHERN DIVISION

4    NOBEL BIOCARE USA, LLC, a            ) Civil Action No.
     Delaware limited liability company,  ) 07SACV898 CJC (MLGx)
5                                         )
           Plaintiff,                     ) **ADDENDUM TO**
6                                         ) **STIPULATED PROTECTIVE**
           v.                             ) **ORDER**
7                                         )
     MATERIALISE, N.V., a Belgian         )
8    corporation and MATERIALISE          ) Hon. Marc L. Goldman
     DENTAL, N.V., a Belgian corporation, )
9                                         )
           Defendants.                    )
10   ─────────────────────────────────── )
     MATERIALISE, N.V., a Belgian         )
11   corporation and MATERIALISE          )
     DENTAL, N.V., a Belgian corporation, )
12                                        )
           Counterclaimants,              )
13                                        )
           v.                             )
14                                        )
     NOBEL BIOCARE USA, LLC, a            )
15   Delaware limited liability company,  )
     and NOBEL BIOCARE AB, a Swedish      )
16   corporation,                         )
                                          )
17         Counterdefendants.             )
     ─────────────────────────────────── )
18

19

20

21

22

23

24

25

26

27

28



FILED

MAR 16 2009

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

1         Pursuant to the Court's order on January 27, 2009, the following
2    addendum is added to the entered Stipulated Protective Order (D.I. 27):
3         37.    Nobel Biocare USA, LLC and Nobel Biocare AB (collectively
4    "Nobel") have represented that third parties are involved in the production of
5    NobelGuide surgical templates.  Based upon this Addendum, Nobel will not
6    object to providing discovery concerning such third parties on the specific
7    grounds that such discovery will reveal the identity of such third parties.  Nobel
8    may designate any such discovery as Confidential Information pursuant to the
9    Protective Order entered in this action, including this Addendum.   Any
10   discovery obtained by Materialise N.V. and Materialise Dental N.V.
11   (collectively "Materialise") regarding such third parties, including written
12   discovery and deposition testimony, cannot, without prior approval of the Court,
13   be used by Materialise (i) to interfere with Nobel's relationship with such
14   parties, (ii) to interfere with such parties' ability to manufacture products by
15   rapid prototyping techniques, or (iii) to institute any legal action against these
16   parties.
17
18
19
20
21
22
23
24
25
26
27
28

-1-

Dated:  March 4, 2009

KNOBBE, MARTENS, OLSON &
BEAR, LLP

By: _Michelle Armond_
    John B. Sganga, Jr.
    Sheila N. Swaroop
    Michelle E. Armond
    Timothy J. Goodson

Attorneys for Plaintiff and
Counterdefendants
NOBEL BIOCARE USA, LLC and
NOBEL BIOCARE AB

Dated:  March 5, 2009

LEWIS,  BRISBOIS,  BISGAARD  &
SMITH

By: _Jordan Jonas Oliver_
    Kenneth Wathick
    R. Anthony Moya

WOODCOCK WASHBURN LLP

    Dale M. Heist
    Henrik D. Parker
    Albert J. Marcellino
    Daniel J. Goettle
    Jordan Jonas Oliver

Attorneys for Defendants and
Counterclaimants
MATERIALISE, N.V. and
MATERIALISE DENTAL, N.V.

**SO ORDERED**

Dated: 3/16/09

Honorable Marc L. Goldman
United States Magistrate Judge

-2-