1  John B. Sganga, Jr. (CA Bar No. 116,211)
   john.sganga@kmob.com
2  Sheila N. Swaroop (CA Bar No. 203,476)
   sheila.swaroop@kmob.com
3  Michelle E. Armond (CA Bar No. 227,439)
   michelle.armond@kmob.com
4  Timothy J. Goodson (CA Bar No. 244,649)
   timothy.goodson@kmob.com
5  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street
6  Fourteenth Floor
   Irvine, CA  92614
7  Phone: (949) 760-0404
   Facsimile: (949) 760-9502

8  Attorneys for Plaintiff and Counterdefendants
   NOBEL BIOCARE USA, LLC and
9  NOBEL BIOCARE AB

10

11 Kenneth Watnick (CA Bar No. 150,936)
   watnick@lbbslaw.com
12 R. Anthony Moya (CA Bar No. 137,786)
   moya@lbbslaw.com
13 LEWIS, BRISBOIS, BISGAARD & SMITH LLP
   221 North Figueroa Street
14 Suite 1200
   Los Angeles, CA  90012-2601
15 Phone:  (213) 250-1800
   Facsimile:  (213) 250-7900

16 Dale M. Heist
   heist@woodcock.com
17 Albert J. Marcellino
   marcelli@woodcock.com
18 Henrik D. Parker
   parker@woodcock.com
19 Daniel J. Goettle
   dgoettle@woodcock.com
20 Jordan L. Jonas
   jjonas@woodcock.com
21 WOODCOCK WASHBURN LLP
   Cira Centre, 12th Floor
22 2929 Arch Street
   Philadelphia, PA  19104-2891
23 Phone:  (215) 568-3100
   Facsimile: (215) 568-3439
24
   Attorneys for Defendants
25 MATERIALISE, N.V. and
   MATERIALISE DENTAL, N.V.
26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NOBEL BIOCARE USA, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MATERIALISE, N.V., a Belgian corporation and MATERIALISE DENTAL, N.V., a Belgian corporation,<br><br>Defendants. | Civil Action No.<br>07SACV898 CJC (MLGx)<br><br>**[PROPOSED] PARTIAL FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b) AND ORDER STAYING FURTHER PROCEEDINGS** |
| MATERIALISE, N.V., a Belgian corporation and MATERIALISE DENTAL, N.V., a Belgian corporation,<br><br>Counterclaimants,<br><br>v.<br><br>NOBEL BIOCARE USA, LLC, a Delaware limited liability company, and NOBEL BIOCARE AB, a Swedish corporation,<br><br>Counterdefendants. | Hon. Cormac J. Carney |

1. The Court, having fully considered the parties' Joint Motion for Entry of Partial Final Judgment Pursuant to Fed. R. Civ. P. 54(b) and a Stay of Further Proceedings, and good cause showing, the motion is GRANTED,

IT IS HEREBY ADJUDGED, ORDERED AND DECREED THAT:

1. The Court finds that there is no just reason for delay in entering a final judgment with respect to the Court's April 15, 2009 Order Granting Nobel's Motion For Summary Judgment. Nobel's claim for a declaration of non-infringement and Materialise's infringement claim are separable from Nobel's other declaratory judgment claims. Further, granting Rule 54(b) certification now will advance both judicial economy, the interests of the parties, and the expeditious resolution of this case.

2. Pursuant to Fed. R. Civ. P. 54(b), and this Court's April 15, 2009 Order Granting Nobel's Motion For Summary Judgment, partial final judgment is hereby entered in favor of Nobel and against Materialise on Nobel's claim for a declaration of non-infringement of U.S. Patent No. 5,768,134 ("the '134 patent") and on Materialise's counterclaim of infringement of the '134 patent.

3. All proceedings in this action (except those in connection with the appeal of the April 15, 2009 Order) are hereby stayed pending the outcome of the appeal of the partial final judgment entered by this Order.

4. The dates set forth in this Court's May 16, 2008 Scheduling Order are hereby vacated.

DATED: May 11, 2009

Honorable Cormac J. Carney
United States District Judge

-1-